Lawrence D. Rohlfing
Attorney at Law: 119433
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
REBECCA BRADLEY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REBECCA BRADLEY, | ) | Case No.: 1:17-cv-01322-GSA |
| Plaintiff, | ) ) | STIPULATION AND ORDER TO EXTEND TIME TO FILE OPENING BRIEF |
| v. | ) ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) ) ) | |
| Defendant. | ) | |

    Plaintiff Rebecca Bradley and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 30 days to May 30, 2018, for the Commissioner to respond to the settlement proposal with all other dates in the Court's Order extended accordingly. This is the parties' first request for an

///

-1-

extension. This request is made at the request of Plaintiff's counsel to because he prepared the settlement proposal on March 23, 2018, but failed to send it to counsel for the government. Counsel for the Commissioner noticed the discrepancy, which plaintiff's counsel resolved by email on April 30, 2018. Counsel for the Commissioner needs time to evaluate the merits of the settlement proposal.

DATE: May 1, 2018                    Respectfully submitted,

                                              LAWRENCE D. ROHLFING

                                              /s/ *Lawrence D. Rohlfing*
BY: _____
                                              Lawrence D. Rohlfing
                                              Attorney for plaintiff Rebecca Bradley

DATE: May 1, 2018

                                              MCGREGOR W. SCOTT
                                              United States Attorney
                                              DEBORAH LEE STACHEL
                                              Regional Chief Counsel
                                              Social Security Administration

                                              /s/ *Beatrice Na*
BY: _____
                                              Beatrice Na
                                              Special Assistant United States Attorney
                                              Attorneys for defendant Nancy A. Berryhill
                                              |*authorized by e-mail|

///
///
///
///
///

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Defendant's confidential letter brief shall be served on Plaintiff's counsel no later than **May 30, 2018**. All other dates in this Court's scheduling order issued on October 4, 2017 (Doc. 5) are modified accordingly. |

IT IS SO ORDERED.

Dated:  **May 3, 2018**           **/s/ Gary S. Austin**
                                 UNITED STATES MAGISTRATE JUDGE