UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA BRADLEY,<br><br>              Petitioner,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>              Respondent. | No. 1:17-cv-01322-GSA<br><br>**ORDER DIRECTING SUPPLEMENTAL BRIEFING** |

      In reviewing the above-captioned case, the Court has reviewed *Barnes v. Berryhill*, 895 F.3d 702 (9th Cir. 2018), which appears to have application to Plaintiff's first issue contending that the Administrative Law Judge erred in failing to identify Plaintiff's transferable skills. Accordingly, Plaintiff is hereby directed to prepare a supplemental memorandum of law, not to exceed ten (10) pages, addressing the application, if any, of *Barnes* to her allegations of error. Such brief shall be submitted on or before March 8, 2019. Thereafter, Defendant may file a supplemental response, not to exceed ten (10) pages, within ten (10) days of Plaintiff's filing of her supplemental brief.

IT IS SO ORDERED.

    Dated:   **February 25, 2019**                      **/s/ Gary S. Austin**
                                                                        UNITED STATES MAGISTRATE JUDGE